In re Nomination Papers of Charles A. McGEORGE as Candidate for the Office of Delegate to the Republican National Convention.

Appeal of John F. McNichol.

Supreme Court of Pennsylvania.

Submitted March 3, 2000.

Decided March 15, 2000.

Francis X. Crowley, Media, for John F. McNichol.

Jean B. Green, Norristown, Patricia Sons Biswanger, Philadelphia, for Charles A. McGeorge.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

AND NOW, this 15th day of March, 2000, the order of commonwealth court is affirmed.